## Case No. 16,784.

UNITED STATES v. YOUNT.

[Hoff Land Cas. 49.] [1]

District Court, N. D. California. June Term, 1855.

MEXICAN LAND GRANT.

The validity of this claim was not disputed by the district attorney.

Claim [by George C. Yount] for two square leagues of land in Napa valley, confirmed by the board, and appealed by the United States.

S. W. Inge, U. S. Atty.

Thornton & Williams, for appellee.

HOFFMAN, District Judge. No objections whatever to the validity of this claim are raised by the district attorney, nor is any reason suggested why it should not be confirmed. The grant bears date on the twenty-third of February, 1836, and is two square leagues "as shown on the map which goes with the expediente." The land was accurately measured and juridical possession was given with the formalities required by the usage of the country, and a copy of the record of these proceedings on file among the archives of land titles in the jurisdiction of Sonoma district is found in the transcript filed in this court. All the conditions of the grant have been fully performed, and within the time limited, and ever since the date of the grant, 1836, the claimant has continued to reside on his land, and has made extensive and valuable improvements upon it. The genuineness of the grant is not disputed, and almost all the facts are proved by authenticated transcripts from the public archives. We are unable, on an examination of the record, to discover any objection to the validity of this claim. A decree of confirmation must therefore be entered.

[See Case No. 18,187.]

UNITED STATES (YOUNT v.). See Cases Nos. 18,187 and 18,188.

UNITED STATES (YTURBIDE v.). See Case No. 18,191.

[1] [Reported by Numa Hubert, Esq., and here reprinted by permission.]